FILED
CLERK, U.S. DISTRICT COURT

AUGUST 3, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ YS DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>ALPHABET INC. and GOOGLE LLC.,<br><br>*Defendants* | No. 2:23-cv-06281-CBM-SK<br><br>Dated: August 3, 2023 |

**PLAINTIFF'S MOTION FOR ELECTRONIC NOTICE**

I, T.E. T.E. Raj Patel, the undersigned plaintiff *pro se*, respectfully move this C.D. Cal. to allow me to receive automatic notices of newly docketed documents electronically via the CM/ECF system, from my e-mail address (rajp2010@gmail.com), especially because I am *IFP* (or will be granted IFP) and am out of the state in Indiana and to save on PACER charges, that allows courts to grant one free look for each new document on e-notice.

Respectfully submitted,

/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 1 -

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Motion for E-Filing on 08/3/2023 to below individuals via e-mail:

**The United States**
AG Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

**The United States**
E. Martin Estrada
US Attny for Central District of California
312 North Spring Street Suite 1200
Los Angeles, CA 90012
USACAC.CV-CivilRights@usdoj.gov
usacac-communityoutreach@usa.doj.gov
thom.mrozek@usdoj.gov
tracy.webb@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: August 3, 2023