### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff* | No. 2:23-cv-06281-CBM-SK |
| v. | Dated: August 7, 2023 |
| THE UNITED STATES, *Defendant* | JURY TRIAL DEMANDED |

### PROPOSED ORDER GRANTING MANDAMUS

**COMES NOW** the Court having reviewed Plaintiff-Petitioner Raj K. Patel's Amended Emergency Petition for a Writ of Mandamus against the Defendant-Respondent United States under Section 1361 of Title 28 of the United States Code. See also All Writs Act, 28 U.S.C. § 1651. Order at Docket Number 18 is REVERSED and VACATED. It now appears clear that Patel's petition should be **GRANTED**.

### ORDER

Plaintiff-Petitioner T.E., T.E. Mr. Patel states that he is under the influence of a stress technology from an unknown source and that Defendant-Respondent United States, who he has initiated an Emergency Petition for a Writ of Mandamus, 28 U.S.C. § 1361 and 28 U.S.C. § 1651, owes him a set Constitutional duty to protect him from this peril. U.S. const. art. IV, § 2 & amend. XIV, § 1. Patel discusses the petition in his individual capacity and official capacities.

It appears clear to the court, from the facts set forth before the court, that the United States needs to restore or create the protection that Plaintiff-Petitioner T.E., T.E. Mr. Patel is entitled to under its Constitution. U.S. const. art. IV, § 2 & amend. XIV, § 1.

These duties belong directly to the President of the United States who is also the Commander-in-Chief, the Secretary of State, the United States Attorney, or as Congress and the President has agreed to and may be delegated accordingly by the President.

The court premises its decisions not only on the United States Constitution but also treaties of the United States and mandatory executive enforcement agreements cited within the petition. <u>Valentine v. United States ex rel. Neidecker</u>, 299 U.S. 5, 10 (1936).

**IT IS THEREFORE ORDERED** that Defendant United States is to disburse $1,000,000.00 (one million dollars) for each year from 2018 to and including 2022 and pro rata for 2023 at $83,333 (eight-three thousand and three-hundred and thirty-three dollars), for a total of $5,666,667 (five million and six-hundred thousand and sixty-six thousand and six hundred and sixty-seven). The court will disburse on behalf of the United States and shall around the first of each month an additional $83,333 (eight-three thousand and three hundred and thirty-three dollars).

**IT IS FURTHER ORDERED** that the Defendant United States is to immediately restore or create the protection of the United States to Plaintiff Patel and community organizers and all other parties are commanded to aid or to frustrate not this cause. <u>Marbury v. Madison</u>, 5 U.S. 137, 167 (1803). The Defendant United States must also disclose, under reasonable and due privacy, the facts currently available and those it may later gather and of interest to Plaintiff-Petitioner T.E., T.E. Mr. Patel. <u>Id</u>. at 163 & 167.

This order is effective immediately.

The clerk of the court shall perfect urgent service to the President, Secretary of State, and all other parties of record.

    SO ORDERED this _____ of _____ 2023.

 

                                              THE HON. CONSUELO B. MARSHALL
                                                    United States District Judge
                                                    Central District of California

This is a final appealable order.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Proposed Order on 8/7/2023 to below individuals via the Clerk of Court and e-mail:

**The United States**
AG Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

**The United States**
Morris Pasqual Eastern Division (Chicago)
219 S. Dearborn St., Suite 500
Chicago, IL 60604
(312) 353-5300
USAILN.InternetWebmaster@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: August 7, 2023

4