UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23-cv-06281 CBM (SK)                                        Date: August 9, 2023

Title   Raj K. Patel v. The United States.

Present: The Honorable:   **Consuelo B. Marshall, U.S. District Court Judge**

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Re: Motion for Electronic Notice (ECF No. 8) and Amended Complaint (ECF No. 9)**

    On August 1, 2023, Plaintiff filed a Complaint seeking a writ of mandamus against the United States for protection against biotechnology, as well as a request to proceed in forma pauperis. (Dkt. Nos. 1, 3.)  On August 3, 2023, the Court denied the request and dismissed the Complaint without leave to amend for lack of federal jurisdiction.  (Dkt. No. 7.)  On that date, this case was closed.  (*Id*.)

    On August 3, 2023, Plaintiff filed a motion for electronic notice.  (Dkt. No. 8.)  On August 7, 2023, Plaintiff filed an Amended Complaint which, like the original Complaint, seeks a writ of mandamus against the United States for protection against biotechnology.  (Dkt. No. 9.)  The Amended Complaint, like the original Complaint, states no basis for federal jurisdiction.  (Dkt. No. 9.)  Plaintiff's motion for electronic notice (Dkt. No. 8) is denied as moot.

    **It is so ordered.**

:
**Initials of Preparer**