UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RAJ PATEL,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-Appellee. | No. 23-55768<br><br>D.C. No.<br>2:23-cv-06281-CBM-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's motion (Docket Entry No. 15) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

All other pending motions are denied as moot.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT

OSA117/Pro Se